NOBLE, Respondent, v. VILLAGE OF TONAWANDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1902.) Action by Mary Noble against the village of Tonawanda. No opinion. Judgment and order affirmed, with costs.

In re ONEONTA, C. & R. S. RY. CO (Supreme Court, Appellate Division, Third Department. September 16, 1902.) In the matter of the application of the Oneonta, Cooperstown & Richfield Springs Railway Company to determine whether a street surface railroad ought to be constructed and operated upon Lake and Church streets, being a continuous street or highway in the village of Richfield Springs, county of Otsego, and state of New York.

PER CURIAM. Motion for confirmation of report of commissioners denied, and motion to set aside report granted, with costs as in an action. The court holds that the certificate of extension, stating that the road is to be constructed "along Lake street in the village of Richfield Springs, or over and through property adjoining it, to Main street in the said village of Richfield Springs," in the alternative, fails to conform to the statutory requirement that such certificate shall name and describe the streets, avenues, etc., upon which the proposed extension is to be constructed. The determination of the commissioners upon all questions of fact is approved.

OWENS, Respondent, v. EVINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 30, 1902.) Action by George Owens against John N. Evins and another. No opinion. Order affirmed, with $10 costs and disbursements.